**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**RUFUS BOX,
ADC #111854**                                                                                                    **PLAINTIFF**

**v.**                **CASE NO. 2:11-CV-00048 BSM/BD**

**CORRECTIONAL MEDICAL SERVICES,** *et al.*              **DEFENDANTS**

<u>**ORDER**</u>

The proposed findings and recommended partial disposition submitted by United States Magistrate Judge Beth Deere [Doc. No. 4] have been received. There have been no objections. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended partial disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that plaintiff's claims against defendants Correction Medical Services, Anderson, and Horton are dismissed with prejudice.

Dated this 30th day of June, 2011.

                                                                                _____
                                                                                UNITED STATES DISTRICT JUDGE